# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
ERICA VITANZA*
BRIAN A. KOHN
ELLIOT WEISELBERG*
M. BRIAN CRONK
JOHN P. HOGAN
ZACHARY D. KUPERMAN*
NEIL I. ALBSTEIN*
JARED STEINBERG♦
ELLIOT FINK

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, N. Y. 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

\* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◊ ALSO MEMBER OF CONNECTICUT BAR
♦ MEMBER OF OHIO AND PENNSYLVANIA BARS ONLY

J. Ted Donovan, Esq.
Direct: 212-301-6943
TDonovan@gwfglaw.com

June 27, 2023

*Via ECF*
Hon. Jil Mazer-Marino
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:   RM Newman LLC
      Case No. 22-40576-JMM

Dear Judge Mazer-Marino:

This will confirm that all matters scheduled for June 28, 2023 have been adjourned on consent to July 26, 2023 at 10:30 a.m.

Respectfully yours,

/s/ J. Ted Donovan, Esq.

cc:   Rachel Wolf, Esq. (Via ECF and email)
      Dawn Kirby, Esq. (Via ECF and email)

Very truly yours,

J. Ted Donovan